1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08mj1042 |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| vs. ) | SUBSTITUTION OF ATTORNEY |
| ) | |
| PANFILO ESQUIVEL (02), ) | |
| ) | |
| Defendant. ) | |

Attorney, ADAM M. RUBEN, 406 Ninth Avenue, Suite 311, San Diego, California, 92101, (619) 708-5093, is hereby retained as counsel of record for Defendant, LUIS ESQUIVEL, in place of _Stephen Lemish_, previous counsel.

DATED: 4-8-08

PANFILO ESQUIVEL

DATED: 4/8/08

ADAM M. RUBEN

08MJ1042