FILED
APR 17 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (HONORABLE RUBEN B. BROOKS)

08CR1218-DMS

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08mj1042 |
| Plaintiff, | |
| vs. | SUBSTITUTION OF ATTORNEY |
| PANFILO JIM ESQUIVEL (02), | |
| Defendant. | |

Attorney, ADAM M. RUBEN, Esq, 406 Ninth Avenue, Suite 311, San Diego, California, 92101, (619) 708-5093, is hereby appointed as counsel of record for Defendant, PANFILO JIM ESQUIVEL, in place of Stephen Lemish, previous appointed counsel.

**SO ORDERED.**

DATED: 4/17/2008

_____
HONORABLE RUBEN B. BROOKS
Magistrate Judge of U.S. District Court

08mj1042