RECEIVED
U.S. MARSHAL
SOUTHERN DISTRICT OF
CALIFORNIA

2008 APR 23  A 11: 14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 08CR1218 / 08MJ1042 |
|---|---|---|
| Plaintiff | ) | |
| | ) | ORDER |
| vs. | ) | RELEASING MATERIAL WITNESS |
| Luis Esquivel, et al | ) | Booking No. |
| Defendant(s) | ) | |

DANA M. SABRAW

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / (Order of Court)).

Abel Mendiola-Ramirez

DATED: 4-23-08

DANA M. SABRAW

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
    DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____
    Deputy Clerk

L ODIERNO

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70062