```
 1  KAREN P. HEWITT
    United States Attorney
 2  CARLOS O. CANTU
    Special Assistant United States Attorney
 3  Government Attorney
    United States Attorney's Office
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619) 557-5766
    Facsimile:  (619) 235-2757
 6  Email: carlos.cantu@usdoj.gov
    Attorneys for Plaintiff
 7  United States of America
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08cr1218-DMS |
| Plaintiff, ) ) | **NOTICE OF APPEARANCE** |
| v. ) ) | |
| LUIS ESQUIVEL (1), ) PANFILO JIM ESQUIVEL (2), ) JUAN CARLOS SOTO-MARISCALES (3) ) Defendants. ) _____ ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

Name

Carlos O. Cantu

1   Effective this date, <u>the following attorneys are no longer associated with this case</u> and should
2   <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic
3   "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this
4   association):

5   <u>Name</u>

6   None

7   Please call me at the above-listed number if you have any questions about this notice.

8   DATED: June 3, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ *Carlos O. Cantu*

Carlos O. Cantu
Special Assistant United States Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LUIS ESQUIVEL (1),<br>PANFILO JIM ESQUIVEL (2),<br>JUAN CARLOS SOTO-MARISCALES (3),<br>　　　　Defendants. | Case No. 08 CR 1218 DMS<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, Carlos O. Cantu, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Notice of Appearance as lead counsel for the United States, dated June 3, 2008, and this Certificate of Service, dated June 3, 2008, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

**Gerard J. Wasson, Esq.**
**Adam M. Ruben, Esq.**
**Marc K. Carlos**
*Attorneys for defendants*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 3, 2008.

　　　　/s/ *Carlos O. Cantu*
　　　　Carlos O. Cantu
　　　　Special Assistant United States Attorney

Notice of Appearance
United States v. Luis Esquivel, et al.　　　　3　　　　08cr1218-DMS