```
 1  GERARD J. WASSON
    California Bar No. 166636
 2  406 Ninth Avenue, Suite 311
    San Diego, California 92101
 3  Telephone: (619) 232-0181

 4  Attorney for LUIS ESQUIVEL (01)

 5

 6

 7                  UNITED STATES DISTRICT COURT

 8                SOUTHERN DISTRICT OF CALIFORNIA

 9                 (HONORABLE DANA M. SABRAW)

10  UNITED STATES OF AMERICA,        )  Criminal No. 08CR1218-DMS
                                     )
11              Plaintiff,           )
                                     )
12  v.                               )  JOINT MOTION FOR ORDER TO
                                     )  CONTINUE SENTENCING HEARING DATE
13  LUIS ESQUIVEL, and               )
    PANFILO JIM ESQUIVEL,            )
14                                   )
                                     )
15              Defendant.           )
                                     )
16  TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY, and
          CARLOS CANTU, ASSISTANT UNITED STATES ATTORNEY
17
           The parties in the above matter jointly move this Court for an order continuing
18
    the sentencing hearing now set for August 15, 2008, at 9:00 a.m. to be re-calendared to September
19
    19, 2008, at 9:00 a.m. The reason for the request is because defense counsel will be out of the
20
    District. The date and time of the requested hearing has been provided by the Court's clerk, and
21
    agreed upon by all of the parties.
22
                                        Respectfully submitted,
23

24  Dated: August 4, 2008              /s/ Gerard J. Wasson
                                       GERARD J. WASSON, Attorney for Luis Esquivel
25

26  Dated: August 4, 2008              /s/ Adam M. Ruben
                                       ADAM M. RUBEN, Attorney for Panfilo Jim Esquivel
27

28  Dated: August 4, 2008              /s/ Carlos Cantu
                                       CARLOS CANTU, Assistant U.S. Attorney
```

**CERTIFICATE OF SERVICE**

I, Gerard J. Wasson, declare and certify that by filing this document by electronic mail, it has been served on counsel for the defendants in this matter, and Assistant U.S. Attorney Carlos Cantu, and Adam M, Ruben, Esq., counsel for co-Defendant Panfilo Jim Esquivel.

Respectfully submitted,

Dated:  August 4, 2008

/s/ Gerard J. Wasson
GERARD J. WASSON
Attorney for Defendant Luis Esquivel