# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

# (HONORABLE DANA M. SABRAW)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 08CR1218-DMS |
| Plaintiff, | |
| v. | **ORDER TO CONTINUE SENTENCING HEARING DATE** |
| LUIS ESQUIVEL and | |
| PANFILO JIM ESQUIVEL, | |
| Defendants. | |

For the reasons set forth in the parties' joint motion to continue the sentencing hearing, the motion to continue is hereby granted. The sentencing hearing now set for August 15, 2008, at 9:00 a.m. is to be re-calendared to September 19, 2008, at 9:00 a.m.

**IT IS SO ORDERED.**

DATED: August 11, 2008

_____
HON. DANA M. SABRAW
United States District Judge